UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Geraldine Mills, M.D.

v. C.A. No. 03-422L

Steve Brown and Joyce Brown

**JUDGMENT**

**[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

**[ x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:

**Judgment** shall enter for the defendants Steven Brown and Joyce Brown against the plaintiff Geraldine Mills in accordance with the Court's Decision & Order dated 6/8/05 granting the defendants' motion to dismiss.

Deputy Clerk
June 9, 2005