03-422

# United States Court of Appeals
## For the First Circuit

RECEIVED
SEP 28 2005
U.S. DISTRICT COURT
DISTRICT OF R.I.

No. 05-2061

GERALDINE MILLS,

Plaintiff, Appellant,

v.

STEVE BROWN, ET AL.,

Defendants, Appellees.

No. 05-2062

GERALDINE MILLS,

Plaintiff, Appellant,

v.

DEBORAH CINQUEGRANA, ET AL.,

Defendants, Appellees.

Before

Boudin, Chief Judge,
Stahl, Senior Circuit Judge,
and Lynch, Circuit Judge.

JUDGMENT

Entered: September 27, 2005

Essentially for the reasons given by the district court in its decision and order, dated June 8, 2005, we agree that the court lacked jurisdiction over plaintiff's complaint. Therefore, the dismissal of the complaint is affirmed.

23

Appellant's "emergency motion to maintain medical records of Sarah Brown" is denied.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________________
Chief Deputy Clerk.

[cc: Geraldine Mills, Peter P. Mitrano, Esq., James A. Currier, Esq. and Richard E. Fleury, Esq.]